■ D. H. BLAIR & COMPANY, Appellant, v. ELECTRO-LEARNER CORPORATION, Respondent.— Order entered October 28, 1969, unanimously affirmed, without costs and without disbursements and without prejudice to a new application for the same relief after pleadings which are directed to be served. Concur — Capozzoli, J. P., McGivern, Nunez and Steuer, JJ.

■ In the Matter of EDWARD J. FITZPATRICK, Petitioner, v. HOWARD R. LEARY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of Police Commissioner, dated April 12, 1966, dismissing petitioner from the Police Department, unanimously annulled, on the law, only to the extent of dismissing the specifications of Charges 5 and 6, and is otherwise confirmed, with $50 costs and disbursements to respondent. Respondent concedes that a finding against petitioner on Charges 5 and 6 is unsupported by the evidence. There is substantial evidence supporting the other equally serious charges, which were sustained. In our view, dismissal from the Police Department was appropriate discipline by reason of the charges properly sustained. Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.

■ In the Matter of ALVIN KATZ, Petitioner, v. JOHN MURTAGH, as Supreme Court Justice, New York County, Respondent.— In this proceeding pursuant to article 78 of the CPLR to review the mandate of the Supreme Court, New York County, dated February 19, 1970, which summarily adjudged petitioner in contempt of court for conduct committed in the presence of the court, the mandate is unanimously confirmed, the cross-motion granted and the proceeding dismissed on the merits, without costs and without disbursements. The appeal taken from the mandate is dismissed since a summary contempt adjudication is properly reviewable under article 78 of the CPLR. (Judiciary Law, § 752.) Concur — Stevens, P. J., Eager, Markewich, Nunez and Tilzer, JJ.